**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jesus Antonio ENRIQUEZ–MONTANO, aka Antonio Enriquez–Montano; et al., Defendant—Appellant.**

**No. 07–10325.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 26, 2008.*

Filed Sept. 9, 2008.

Liza Granoff, U.S. Attorneys Office, Tucson, AZ, for Plaintiff–Appellee.

Wanda Day, Esq., Tucson, AZ, for Defendant–Appellant.

Before: SCHROEDER, KLEINFELD, and IKUTA, Circuit Judges.

## MEMORANDUM **

Jesus Antonio Enriquez–Montano appeals from the 63–month sentence imposed following his guilty-plea conviction for illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

(1967), Enriquez–Montano's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. We construe the document received March 12, 2008, as a motion to file a late pro se supplemental brief as well as a pro se supplemental brief. So construed, the motion to file a late pro se supplemental brief is granted. The Clerk shall file the pro se supplemental brief received on March 12, 2008.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**